I concur with that portion of the majority opinion affirming the summary judgment as to the bad faith claim. However, I dissent from that portion reversing the judgment as to the breach of contract claim.
The majority states: "[W]e conclude that the basement wall should not be excluded from coverage under the term 'foundation' in the exclusionary section of the Turners' policy." I disagree. Mr. Turner himself testified that the block wall that collapsed was one of two walls that rested upon a three-foot piece of concrete, that these walls are below the ground, and that these walls provided support for the floor above the basement. In my opinion, the Turners did not present substantial evidence in rebuttal to show that the loss was a direct result of the collapse of the house and therefore the exception to the exclusion was not applicable. Accordingly, I dissent from that portion of the opinion.